# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-00224-RJC-DSC

| | | |
|---|---|---|
| BOBBY C. HUNTLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| DUKE ENERGY CAROLINAS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the "Defendant's Consent Motion to Stay Discovery" (document # 23) filed June 16, 2014. The Court DENIES the Motion. The Court is aware of Defendant's pending Motion to Dismiss. See document #22. Any issues regarding case deadlines may be addressed by a motion to extend deadlines in the Pretrial Order and Case Management Plan. See document # 17.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: June 17, 2015

David S. Cayer
United States Magistrate Judge